W. R. CARLOW et al. v. EDWIN FOWLER et al. No. 11,799. (63 Pac. 737.) Error from Lyon district court. Opinion filed February 9, 1901. Dismissed. L. B. & J. M. Kellogg, for plaintiffs in error. Miller, Buchan & Morris, for defendants in error.

HENRY MILES, Trustee, v. M. D. LACKEY. No. 11,806. (63 Pac. 738.) Error from Cowley district court. Opinion filed February 9, 1901. Dismissed. Hackney & Lafferty, and Jackson & Love, for plaintiff in error. Madden & Buckman, for defendant in error.

J. N. CARR v. E. E. STAFFORD. No. 11,816. (63 Pac. 737.) Error from Chautauqua district court. Opinion filed February 9, 1901. Affirmed. Fitzpatrick & Shukers, for plaintiff in error. J. D. McBrian, and W. H. Sproul, for defendant in error.

THE STATE OF KANSAS v. PIE JORDAN. No. 11,871. (63 Pac. 1126.) Appeal from Shawnee district court. Opinion filed February 9, 1901. Affirmed. A. A. Godard, attorney-general, and A. P. Jetmore, county attorney, for The State. S. S. Urmy, for appellant.

THE STATE OF KANSAS v. WALTER RICE. No. 11,933. (63 Pac. 737.) Appeal from Ottawa district court. Opinion filed February 9, 1901. Reversed. A. A. Godard, attorney-general, and F. D. Boyce, county attorney, for The State. R. R. Rees, for appellant.

AUGUST ZELLMER et al. v. JOHN KOCH. No. 11,821. (64 Pac. 22.) Error from court of appeals, northern department. Opinion filed March 9, 1901. Dismissed. John R. Hamilton, for plaintiffs in error. C. D. Jones, for defendant in error.

FRANK HASTINGS et al. v. WILLIAM T. ROLL et al. No. 11,824. (64 Pac. 1114.) Error from court of appeals, northern department. Opinion filed March 9, 1901. Affirmed. Alcid Bowers, for plaintiffs in error. Albert Perry, for defendants in error.

R. A. PARK et al. v. C. S. HETHERINGTON. No. 11,834. (64 Pac. 1115.) Error from court of appeals, northern department. Opinion filed March 9, 1901. Affirmed. Jackson & Jackson, for plaintiffs in error. Waggener, Horton & Orr, for defendant in error.

M. C. HALE et al. v. E. E. DODGE et al. No. 11,842. (64 Pac. 1113.) Error from Greenwood district court. Opinion filed March 9, 1901. Affirmed. Fuller & Jackson, and S. F. Wicker, for plaintiffs in error. Chas. B. Graves, and W. S. Marlin, for defendants in error.

THE STATE OF KANSAS v. POOL GRINSTEAD. No. 11,885. (64 Pac. 55.) Appeal from court of appeals, northern department. Opinion filed March 9, 1901. Dismissed. A. A. Godard, attorney-general, and S. M. Brewster, county attorney, for The State. Harvey & Harvey, and Albert H. Horton, for appellant.

THE STATE OF KANSAS v. POOL GRINSTEAD. No. 11,896. (64 Pac. 55.) Appeal from court of appeals, northern department. Opinion filed March 9, 1901. Reversed. A. A. Godard, attorney-general, and S. M. Brewster, county attorney, for The State. Harvey & Harvey, and Albert H. Horton, for appellant.